In the Matter of RECTOR, CHURCHWARDENS and VESTRYMEN OF TRINITY CHURCH IN THE CITY OF NEW YORK, Appellant. CITY OF NEW YORK et al., Respondents.

Argued June 3, 1953; decided July 14, 1953.

*Stephen W. Hanley* and *Spencer Byard* for appellant.

*Denis M. Hurley, Corporation Counsel (Reuben Levy, Harry E. O'Donnell, Benjamin Offner* and *Leo Sachnoff* of counsel), for City of New York, respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.